# In the United States District Court for the Southern District of Georgia Savannah Division

KENYATTA WASHINGTON,

    Plaintiff,

v.

COLONIAL GROUP, INC.,

    Defendant.

CV 424-261

### ORDER

Before the Court is Plaintiff Kenyatta Washington's motion for entry of default against Defendant Colonial Group, Inc. Dkt. No. 9. Therein, Plaintiff states that Defendant was served on January 2, 2025. Id. ¶ 2. Indeed, Plaintiff filed proof of service upon Marie Woodberry at Colonial Group, Inc., which shows a service date of January 2, 2025. Dkt. No. 8. Notably, however, neither Plaintiff's motion nor the proof of service state who Marie Woodberry is or her position with Colonial Group, Inc. See Fed. R. Civ. P. 4(h)(1)(B) (stating that service upon a corporation requires delivery of "a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process"). Accordingly, Plaintiff's motion for entry of default, dkt. no. 9, is **DENIED**.

**SO ORDERED**, this 27 day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA